1  MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
   E: MLee@ohaganmeyer.com
2  JOHN ORR, ESQ. (Nevada Bar No. 14251)
   E: JOrr@ohaganmeyer.com
3  **O'HAGAN MEYER PLLC**
   300 S. 4th Street, Suite 1250
4  Las Vegas, NV 89101
   T: 725.286.2801
5

6  *Attorneys for Patagonia, Inc. and*
   *Great Pacific Child Development Center, Inc.*

7

8                  UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  SHALISE PTAK, an individual,          Case No. 2:25-cv-00423-EJY

12         *Plaintiff*,

13     vs.                                 **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

14  PATAGONIA, INC., a California corporation;
    GREAT PACIFIC CHILD DEVELOPMENT
15  CENTER, INC., a California corporation.   **(FIRST REQUEST)**

16         *Defendants*.

17

18  / / /

19

20  / / /

21

22

23  / / /

24

25  / / /

26

27

28

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend Defendants PATAGONIA, INC. and GREAT PACIFIC CHILD DEVELOPMENT CENTER, INC.'s deadline to file its response to Plaintiff SHALISE PTAK's Complaint for Damages and Demand for Jury Trial (ECF 1) up to and until May 3, 2025.  The parties have agreed to this extension because the parties are currently negotiating a resolution of Plaintiff's claims and seek additional time to do so without incurring potentially unnecessary fees and costs with further litigation.

DATED this 3rd day of April, 2025.

**GREENBERG GROSS LLP**

/s/ Michael Burnette
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 3rd day of April, 2025.

**O'HAGAN MEYER, PLLC**

/s/ Marcus Lee
Marcus J. Lee, ESQ.
Nevada Bar No. 15769
John Orr, ESQ.
Nevada Bar No. 14251
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2025