MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
JOHN ORR, ESQ. (Nevada Bar No. 14251)
E: JOrr@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801
*Attorneys for Patagonia, Inc. and*
*Great Pacific Child Development Center, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHALISE PTAK, an individual,<br><br>     *Plaintiff*,<br><br>   vs.<br><br>PATAGONIA, INC., a California corporation; GREAT PACIFIC CHILD DEVELOPMENT CENTER, INC., a California corporation.<br><br>     *Defendants*. | Case No. 2:25-cv-00423-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

///

///

///

///

///

1

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend Defendants PATAGONIA, INC. and GREAT PACIFIC CHILD DEVELOPMENT CENTER, INC.'s deadline to file their respective responses to Plaintiff SHALISE PTAK's Complaint for Damages and Demand for Jury Trial (ECF 1) up to and until May 7, 2025. The parties have agreed to this brief three-day extension to provide Defendants with sufficient time to prepare and serve their responsive pleading. The parties also submit this request for an extension is not for the purposes of delay.

DATED this 2nd day of May 2025.

**GREENBERG GROSS LLP**

/s/*Michael Burnette*
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 2nd day of May 2025.

**O'HAGAN MEYER, PLLC**

/s/*Marcus Lee*
Marcus J. Lee, ESQ.
Nevada Bar No. 15769
John Orr, ESQ.
Nevada Bar No. 14251
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 5, 2025

2