**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHALISE PTAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PATAGONIA, INC., a California corporation; GREAT PACIFIC CHILD DEVELOPMENT CENTER, INC., a California corporation; PATAGONIA WORKS; GREAT PACIFIC CHILDCARE,<br><br>Defendants. | Case No.: 2:25-cv-00423-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Shalise Ptak, by and through her counsel of record, Greenberg Gross LLP, and Defendants Patagonia, Inc., Great Pacific Child Development Center, Inc., Patagonia Works, and Great Pacific Childcare, by and through their counsel of record, O'Hagan Meyer PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of this action and all claims, with each party bearing its own attorneys' fees and costs.

January 8, 2026

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
 1980 Festival Plaza Drive, Suite 730
 Las Vegas, Nevada 89135

Attorneys for Plaintiff

/s/ John M. Orr
MARCUS J. LEE
Nevada Bar No. 15769
JOHN M. ORR
Nevada Bar No. 15990
O'Hagan Meyer PLLC
 300 S. Fourth Street, Suite 1250
 Las Vegas, Nevada 89101


Attorneys for Defendants


**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE


DATED: <u>January 20, 2026</u>

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE